**BROYHILL v. AYCOCK & SPENCE**

[330 N.C. 438 (1991)]

RAY R. BROYHILL v. AYCOCK & SPENCE, A NORTH CAROLINA PARTNERSHIP; AND W. MARK SPENCE, INDIVIDUALLY

No. 214A91

(Filed 6 December 1991)

APPEAL by the plaintiff pursuant to N.C.G.S. § 7A-30(2) from a decision of a divided panel of the Court of Appeals, 102 N.C. App. 382, 402 S.E.2d 167 (1991), reversing the judgment entered 29 March 1990 by *Watts, J.,* in Superior Court, DARE County. Heard in the Supreme Court on 14 November 1991.

*Jeffrey L. Miller for the plaintiff-appellant.*

*Hornthal, Riley, Ellis & Maland, by M. H. Hood Ellis, for the defendant-appellees.*

PER CURIAM.

Affirmed.